(GAARBAUMS?)

DAVID T. MALOOF (DM 3350)
THOMAS M. EAGAN (TE 1713)
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MINGTAI FIRE & MARINE INSURANCE CO., LTD.,

      *Plaintiffs*,

- against -

A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE and CIF INTERNATIONAL GROUP, INC.,

      *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 1639 (MGC)

**NOTICE OF DISCONTINUANCE**

  PLEASE TAKE NOTICE, the underlying matter having been amicably settled, plaintiff Mingtai Fire & Marine Insurance Co., Ltd., through undersigned counsel, discontinues this action with prejudice and without costs, pursuant to FRCP 41(a). No defendant has appeared, answered, or filed a motion for summary judgment. In the event settlement is not consummated by May 15, 2008, any party may re-open the matter by letter to the Court.

Dated: Rye, New York
   April 14, 2008

MALOOF BROWNE & EAGAN LLC

By: _____
 David T. Maloof (DM 3350)
 Thomas M. Eagan (TE 1713)
411 Theodore Fremd Avenue - Suite 190
Rye, New York 10580
(914) 921-1200
*Attorneys for Plaintiff*

SO ORDERED:

_____
   U.S.D.J.

April 14, 2008